UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CONDEE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>C/O CASTILLO, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01072-DAD-EPG-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON MAY 9, 2016<br>(ECF No. 15.)<br><br>ORDER DIRECTING CLERK TO RE-SERVE PLAINTIFF WITH COURT'S MARCH 30, 2016 ORDER AT PLAINTIFF'S NEW ADDRESS<br>(ECF NO. 14.)<br><br>THIRTY-DAY DEADLINE FOR PLAINTIFF TO COMPLY WITH THE COURT'S MARCH 30, 2016 ORDER |

**I.　BACKGROUND**

Christopher Condee ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on July 9, 2014.  (ECF No. 1.)

On February 12, 2015, the Court dismissed the Complaint for failure to state a claim, with leave to amend.  (ECF No. 10.)  On March 5, 2015, Plaintiff filed the First Amended Complaint.  (ECF No. 11.)

On March 30, 2016, the Court issued an order requiring Plaintiff to either (1) file a Second Amended Complaint or (2) notify the Court that he stands on the First Amended Complaint, subject to dismissal for failure to state a claim, within thirty days.  (ECF No. 14.) The thirty day deadline passed, and Plaintiff failed to comply with or otherwise respond to the Court's order.[1]

---

[1] The United States Postal Service returned the Court's order to the Court on April 20, 2016 as undeliverable. (Court Record.)  A notation on the envelope indicated "Undeliverable, Released." (Id.)  However, Plaintiff had not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

On May 9, 2016, findings and recommendations were entered, recommending that this action be dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. (ECF No. 15.) Plaintiff was granted thirty days in which to file objections to the findings and recommendations. (Id.) The thirty-day deadline passed, and Plaintiff did not file objections or otherwise respond to the findings and recommendations.[2]

On July 21, 2016, Plaintiff filed a notice of change of address to the California Medical Facility in Vacaville, California. (ECF No. 16.) In light of the fact that Plaintiff has notified the Court of his new address, the Court shall vacate the findings and recommendations of May 9, 2016, and direct the Clerk to re-serve Plaintiff with the Court's order of March 30, 2016 at Plaintiff's new address.

### III.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on May 9, 2016, are VACATED;
2. The Clerk is DIRECTED to re-serve Plaintiff with the Court's order of March 30, 2016 at Plaintiff's new address (ECF No. 14); and
3. Plaintiff is required to comply with the Court's order of March 30, 2016 within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 25, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The United States Postal Service returned the Findings and Recommendations to the Court on May 25, 2016. (Court Record.) A notation on the envelope indicated "Undeliverable, Unable to Identify." (Id.) However, Plaintiff had not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).